PD-1215-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2014 10:14:20 AM
Accepted 12/30/2014 11:16:21 AM
ABEL ACOSTA
CLERK

## NO. PD-1215-13
## IN THE CRIMINAL COURT OF APPEALS
## AUSTIN, TEXAS

*dismissed*

*1-6-15*
*PC*

## NO. 01-10-00341-CR
## IN THE FIRST COURT OF APPEALS
## HOUSTON, TEXAS

## IN THE 178th DISTRICT COURT
## HOUSTON, TEXAS

### THE STATE OF TEXAS

**Petitioner**

v.

### CAMERON MOON

**Respondent**

## MOTION TO ISSUE THE MANDATE INSTANTER

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Pursuant to Rule 18.1(c) of the Texas Rules of Appellate Procedure, Respondent Cameron Moon files this motion to issue the mandate instanter.

### I.

On July 31, 2013, the First Court of Appeals vacated Respondent's conviction and vacated the criminal case against him based on Respondent's claim that the juvenile court abused its discretion in transferring jurisdiction of Respondent's case to the adult criminal court of Harris County, Texas. This Court affirmed the Court of Appeals' decision in a 6-3 opinion on December 10, 2014. The State's motion for rehearing was due on December 26, 2014. TRCP 79.1. As

no motion was filed as of December 29, 2014, Respondent respectfully prays that this Court issue the mandate in this matter instanter.

TRAP 18.1(c) provides that the mandate "may be issued [immediately] …for good cause on the motion of a party." Here, Respondent has been in custody since July 2008, for six and one half years after challenging the transfer hearing via petition for writ of mandamus in 2009, before trial, citing insufficiency of the evidence and an abuse of discretion by the juvenile court. The petition was denied pursuant to Code of Criminal Procedure 44.47 which prohibits an interlocutory appeal of a juvenile transfer. This Court has now found Respondent had good cause to challenge the juvenile court's abuse of discretion via its well-reasoned, forty-one page opinion issued on December 10, 2014.

### PRAYER

For these reasons, Respondent, Cameron Moon, prays that this Court grant this motion and issue the mandate in this matter instanter.

Respectfully submitted,

/s/ Christene Wood
David Adler
State Bar No. 00923150
Attorney at Law
6750 West Loop South, Suite 120
Bellaire, Texas 77401
713-666-7576
Email: davidadler1@hotmail.com
*Pro Bono*

2

Of Counsel
JACK G. CARNEGIE
State Bar No. 03826100
Strasburger & Price, LLP
909 Fannin Street, Suite 2300
Houston, Texas 77010-1036
Telephone: (713) 951-5600
Facsimile: (713) 951-5660
Email: jack.carnegie@strasburger.com
*Pro Bono*

John L. Hagan
State Bar No. 08684200
Jackson, Gilmore & Dobbs
3900 Essex, Suite 700
Houston, Texas 77027
Telephone: (713) 355-5028
Facsimile: (713) 355-5001
Email: JHagan@jgdpc.com
*Pro Bono*

Christene Wood
Thompson Coe Cousins & Irons
State Bar No. 24042188
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8382
Facsimile: (713) 403-8299
Email: cwood@thompsoncoe.com
*Pro Bono*

## CERTIFICATE OF COMPLIANCE

The undersigned attorney certifies that this computer-generated document has a word count of 263 words, based upon the representation provided by the word processing program that was used to create the document.

Certified to this the 30th day of December 2014.

/s/ Christene Wood
D. Christene Wood

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel for the State of Texas by electronic filing or certified mail, return receipt requested, on this 30th day of December 2014.

Dan McCrory
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002

Michelle Oncken
Mary McFaden
Lauren Byrne
Assistant District Attorneys
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002

/s/ Christene Wood
Christene Wood